UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1996**

Zanetich v. WalMart

**ORDER**

At the direction of the Court, the parties shall file supplemental letter briefs addressing whether this action satisfies the amount-in-controversy requirement for subject matter jurisdiction under 28 U.S.C. § 1332(a). In particular, the parties shall address:

(1) whether punitive damages would be necessary for Erick Zanetich's amount in controversy to exceed $75,000, and

(2) whether punitive damages are available under New Jersey law. *See Huber v. Taylor*, 532 F.3d 237, 244 (3d Cir. 2008) (stating that claims for punitive damages lack foundation when they are not permitted under state substantive law); Punitive Damages Act, N.J. Stat. Ann. § 2A:15-5.12 ("Punitive damages may be awarded to the plaintiff only if the plaintiff proves, by clear and convincing evidence, that the harm suffered was the result of the defendant's acts or omissions, and such acts or omissions were actuated by actual malice or accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by those acts or omissions.").

Such letter briefs shall be no longer than three pages, single-spaced, and shall be filed by 5:00 p.m. on Friday, February 9, 2024.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: 02/05/2024
PM/cc: All Counsel of Record